IN THE UNITED STATES DISTRICT COURT FOR
THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| NICOLE BERKEBILE, | : |
| Plaintiff, | : CIVIL NO. 2:19-CV-00396-CFK |
| vs. | : |
| JPMORGAN CHASE BANK, N.A., | : |
| Defendant. | : |

## STIPULATION OF DISMISSAL

TO THE CLERK OF COURT:

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), kindly mark this matter dismissed.

/s/ Jody T. Lopez-Jacobs
FLITTER MILZ, P.C.
Cary L. Flitter
Andrew M. Milz
Jody T. Lopez-Jacobs
450 N. Narberth Avenue
Suite 101
Narberth, PA 19072
610.822.0782
jlopez-jacobs@consumerslaw.com

*Attorneys for Plaintiff*
*Nicole Berkebile*

Date: 11/21/19

/s/ Joel Max Eads
GREENBERG TRAURIG, LLP
Joel Max Eads
Kathleen Kline
1717 Arch Street
Suite 400
Philadelphia, PA 19103
215.988.7800
eadsj@gtlaw.com
klinek@gtlaw.com

*Attorneys for Defendant J.P. Morgan Chase*
*Bank, N.A.*

Date: 11/21/19

____11-21-2019____
DATE

_____
CHAD F. KENNEY, JUDGE